IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
NOV 04 2009
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:09CR30011-001 |
| | ) | |
| | ) | 18 U.S.C. § 2251(a) and (e) |
| | ) | 18 U.S.C. § 2252(a)(2) and (b)(1) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) |
| KIRK DEMEYER | ) | 18 U.S.C. § 2256 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 26, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, used, persuaded, induced, enticed and coerced a minor, namely Jane Doe #1, with the intent that Jane Doe #1 engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT TWO

On or about July 13, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER,** used, persuaded, induced, enticed and coerced a minor, namely Jane Doe #1, with the intent that Jane Doe #1 engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped or

transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT THREE

On or about July 13, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, used, persuaded, induced, enticed and coerced a minor, namely Jane Doe #1, with the intent that Jane Doe #1 engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

On or about July 13, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, used, persuaded, induced, enticed and coerced a minor, namely Jane Doe #1, with the intent that Jane Doe #1 engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FIVE

On or about July 14, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, used, persuaded, induced, enticed and coerced a minor, namely Jane Doe #1, with the intent that Jane Doe #1 engage in sexually explicit conduct, as that term is defined

in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SIX

On or about July 5, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER,** used, persuaded, induced, enticed and coerced a minor, namely Jane Doe #1, with the intent that Jane Doe #1 engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and that visual depiction was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT SEVEN

On or about September 26, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, knowingly distributed a visual depiction namely *" ...*Chart 087.mpg"* that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials that had been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

---

* The exact language of the file name has not been fully set forth, to protect the identity of the victim.

## COUNT EIGHT

On or about October 17, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, knowingly distributed a visual depiction namely *"... *Chart 003.jpg*" that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials that had been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT NINE

On or about November 22, 2008, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, knowingly distributed a visual depiction namely *"... *Chart 089.mpg*" that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials that had been mailed or so shipped or transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TEN

On or about May 8, 2009, in the Western District of Arkansas, Harrison Division, the defendant, **KIRK DEMEYER**, knowingly possessed a Maxtor Hard Drive Model STM316, Serial Number 9RA378SK, that contained images of child pornography, as that term is defined in Title 18,

---

\* The exact language of the file name has not been fully set forth, to protect the identity of the victim.

United States Code, Section 2256(8), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of Title 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

DEBORAH GROOM
UNITED STATES ATTORNEY

By: _____
David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: 479-441-0578