IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Harrison      DIVISION

CRIMINAL NO. 3:09CR30011-001                USA vs. Kirk Demeyer

COURT PERSONNEL:                             DEFENDANT'S COUNSEL:

JUDGE: _____                Jack Schisler
                                             (Name)
MAGISTRATE: James R. Marschewski             3739 Steele Blvd. - Suite 280
                                             (Address)
CLERK: Debbie Maddox                         Fayetteville, AR 72703
                                             (City, States, Zip Code)
RECORDER: Debbie Maddox, ECRO                479-442-2306
                                             (Telephone Number)
GOVERNMENT: Matthew Fleming                  ☐ RET   ☑ FPD   ☐ WV   ☐ CJA

INTERPRETER: _____

### INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

☑ Proceedings:     ☐ initial appearance   ☑ arraignment and plea
☑ Charges: ☐ magistrate complaint   ☐ information   ☑ indictment   ☐ superseding
☐ Rule 5 - District and case number: _____
☐ Petition on supervised release
☑ Level of offense:   ☐ petty   ☐ misdemeanor   ☑ felony
☑ Defendant appeared:   ☑ with counsel   ☐ without counsel
☐ Waiver of counsel executed and filed
☐ CJA23 financial affidavit executed
☑ Counsel appointed
☐ Rule 44 (c) inquiry made regarding joint representation of defendants and advised
   of right to separate representation
☑ Inquiry made regarding defendant's age
☑ Inquiry made regarding defendant's education level and ability to read/write
     ✓   English           Spanish
☑ Inquiry made that defendant is not under the influence of drugs/alcohol
☑ Inquiry made that defendant does not suffer from mental disease or disorder
   and is able to comprehend proceedings
☐ Court finds that defendant is person named in Rule 5 charging document
☐ Defendant informed of provisions of Rule 20 proceedings
☐ Consent to proceed before magistrate executed and filed
☐ Waiver of trial by jury executed and filed
☐ Waiver of thirty days to prepare for trial executed and filed

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA
USA vs. Kirk Demeyer

- ☒ Defendant informed of rights
- ☒ Court finds that defendant has received charging document
- ☒ Court finds that defendant has read charging document or that it has been read to defendant and that it is understood by defendant
- ☒ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☐ Waiver of indictment executed and filed
- ☐ Information filed
- ☐ Indictment read      ☐ substance of charge stated
- ☐ Information read    ☐ substance of charge stated
- ☐ Complaint read      ☐ substance of charge stated
- ☒ Defendant waived reading of:  ☒ indictment  ☐ information  ☐ complaint
- ☐ Rule 11(e) plea agreement disclosed on record and filed
- ☐

**DEFENDANT'S PLEA:**
- ☒ Not Guilty to count(s)    1-6; 7-9; 10
- ☐ Guilty to count(s)
- ☐ Nolo contendere to count(s)
- ☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**
- ☐ Preliminary hearing
- ☒ Detention hearing     waived
- ☐ Revocation hearing
- ☒ Trial Date            1/14/2010 - 8:30 am - Harrison
- ☐ Sentencing Date
- ☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**
- ☐ Defendant directed to file Rule 16 discovery motions within _____ days
- ☐ Government directed to file responses to motions and file its Rule 16 discovery motions within _____ days
- ☐ Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within _____ days after government responses

**BOND** set at   issue of detention waived
- ☐ Defendant released on present bond
- ☐ Defendant to make bond and be released
- ☒ Defendant remanded to custody of U.S. Marshal Service

**SPECIAL CONDITIONS OF RELEASE:**
- ☐ Pretrial supervision as directed by the U.S. Probation Office.
- ☐

DATE: 11/19/2009

Proceedings began: 1:29 pm
ended: 1:37 pm