```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   HARRISON DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                  Criminal No. 3:09CR30011-001

KIRK DEMEYER                                                DEFENDANT

### O R D E R

At the arraignment and plea conducted on the criminal indictment, the defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the court considers the matter waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 19th day of November 2009.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE