```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HARRISON DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    V.                          NO. 09-30011-001

KIRK DEMEYER                                                DEFENDANT

<u>ORDER</u>

    Please take notice that the above styled case is scheduled for a JURY TRIAL on THURSDAY, JANUARY 14, 2009, at 8:30 A.M. in the United States Courthouse & Federal Building, Corner of Erie & Walnut Streets, Room 231, Harrison, Arkansas.

    In all jury cases, copies of proposed instructions shall be submitted to the Court at <u>jlhinfo@arwd.uscourts.gov</u>, with copies to other counsel, no later than fourteen (14) days prior to the scheduled trial date. Citations of authority for any instruction requested shall be made either on the instruction or by separate statement.

    In the event of a decision to enter a plea of guilty, the Court shall be advised by notifying Gail Garner at 479-444-7876. However, a case will not be removed from the trial docket until a date and time has been set for the defendant to enter a plea of guilty.

    Dated this 20th day of November, 2009.

                                        <u>/s/ Jimm Larry Hendren</u>
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE

cc:  U.S. Marshal