IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

          v.              Criminal No. 09-30011

KIRK DEMEYER                                                      DEFENDANT

## O R D E R

Now on this 15th day of September, 2010, comes on for consideration the government's **Motion To Bifurcate** (document #23), to which defendant has no objection.  The Court finds that the motion should be, and same hereby is, **granted**, subject to the following conditions:

*     The Probation Officer is to prepare a report regarding restitution no later than October 15, 2010, and promptly furnish copies to attorneys for both parties and to the Court.

*     The parties will have until October 29, 2010, to respond to such report.

*     A hearing with regard to the issue of restitution will be conducted at 9:00 a.m. on November 10, 2010.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                       JIMM LARRY HENDREN
                                       UNITED STATES DISTRICT JUDGE