```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        HARRISON DIVISION
```

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

      v.         Criminal No. 09-30011

**KIRK DEMEYER**                                                        **DEFENDANT**

### O R D E R

    On this 16th day of September, 2010, the captioned matter came on for sentencing.  It became apparent before the hearing began that there were important issues to be considered that had not been briefed by either party and were not covered in the Presentence Investigation Report.  In light of this situation, the Court has determined that sentencing should be continued, to allow investigation of the facts of these issues, preparation of an Addendum to the Presentence Investigation Report, and briefing.

    **IT IS THEREFORE ORDERED** that the Probation Officer prepare an Addendum to the Presentence Investigation Report, covering any and all issues related to contact between defendant and the victim in this case; the status of defendant's parental rights with regard to the victim; and the identity of the victim's guardian and the status of that guardianship.  Such Addendum is to be prepared no later than October 15, 2010, and copies are to be promptly furnished to attorneys for both parties and to the Court.

    **IT IS FURTHER ORDERED** that the parties will have until October 29, 2010, to make objections to such Addendum.

    **IT IS FURTHER ORDERED** that sentencing in this case is

continued to 9:00 a.m. on November 10, 2010.

**IT IS FURTHER ORDERED** that any briefing the parties desire to present on the new issues be filed no later than three business days before the sentencing.

**IT IS SO ORDERED.**

                                           **/s/ Jimm Larry Hendren**
                                           **JIMM LARRY HENDREN**
                                           **UNITED STATES DISTRICT JUDGE**